# EXHIBIT B

2011-CI-18008

073RD JUDICIAL DISTRICT COURT
WALTER ARNETT VS SEARS ROEBUCK & CO
DATE FILED: 11/09/2011

FILED
DISTRICT CLERK
BEXAR CO. TEXAS

11 NOV -9 AM 9:22

BY_____ DEPUTY

CAUSE NO. 2011-CI-12680

| | | |
|---|---|---|
| WALTER ARNETT, | § | IN THE DISTRICT COURT |
| Plaintiff, | § § | |
| v. | § § | |
| | § | 73RD JUDICIAL DISTRICT |
| TEXAS WORKFORCE COMMISSION and SEARS, ROEBUCK & CO., | § § § | |
| Defendant. | § § | BEXAR COUNTY, TEXAS |

## AGREED ORDER SEVERING CLAIMS AND REMOVING CASE FROM JURY DOCKET

On this day came on for consideration Defendants' Joint Motion to Sever Incompatible Claims and Motion to Strike from Jury Docket. After due consideration of the motion and the arguments of counsel, the Court is of the opinion that the motion is meritorious and should be GRANTED. It is therefore

ORDERED that Defendants' Joint Motion to Sever Incompatible Claims and Motion to Strike from Jury Docket is GRANTED in its entirety. It is therefore

ORDERED that claims brought by Plaintiff jointly against Defendant Texas Workforce Commission and Defendant Sears, Roebuck & Co. appealing the Commission's denial of unemployment compensation benefits are hereby severed from Plaintiff's claims of discrimination and retaliation against Sears; and that the Bexar County District Clerk shall open a new case for Plaintiff's discrimination/retaliation, styled "Walter Arnett v. Sears, Roebuck & Co.," with a new cause number. It is further

ORDERED that within 20 days of the date of this Order Plaintiff shall file a First Amended Petition in the above-styled cause reflecting only his claims against Defendant Sears, Roebuck & Co. for unlawful discrimination and retaliation. It is further

11258510.1

ORDERED that the Bexar County District Clerk shall remove the above-styled cause from the jury docket, subject to re-setting at a later date.

It is further ordered that Sears shall pay the severance fee of $50.

IT IS SO ORDERED.

Signed this _9_ day of ___Nov___, 2011.

_____
JUDGE PRESIDING

**APPROVED AS TO FORM:**

_____
Adam Poncio
STATE BAR NO. 16109800
Poncio Law Offices
5410 Fredericksburg Rd. Suite 109
San Antonio, Texas 78229-3550
Telephone: 210.212.7979
Facsimile: 210.212.5880

ATTORNEY FOR PLAINTIFF
WALTER ARNETT

_____
Robert E. Bettac
State Bar No. 02268400
Soña Ramírez
State Bar No. 24040330
Ogletree, Deakins, Nash, Smoak
 & Stewart, P.C.
112 E. Pecan Street, 2700 Weston Centre
San Antonio, Texas 78205
Telephone: 210.354.1300
Facsimile: 210.277.2702

ATTORNEYS FOR DEFENDANT
SEARS, ROEBUCK & CO.

Peter E. Lawrie
SBN 24070473

For Defendant Texas Workforce Commission

2

11258510.1