# EXHIBIT F

## CUSTODIAN'S AFFIDAVIT OF GABRIELA MORALES

STATE OF TEXAS §
§
COUNTY OF BEXAR §

Before me, the undersigned authority, on this day personally appeared Gabriela Morales, known to me to be a credible person, who on her oath under penalty of perjury stated as follows:

1. "My name is Gabriela Morales. I am over 21 years of age, of sound mind and otherwise competent to make this Affidavit. The statements contained herein are true and based on my own personal knowledge as a result of the job duties I perform at Sears, Roebuck & Co. ("Sears").

2. I have been the Human Resources Specialist for Sears in San Antonio, Texas since 1997.

3. I am a custodian of records for Sears. Attached to this affidavit are the following documents: "I Know It Coupon" and training documents signed by Plaintiff Walter Arnett; Centralized Timekeeping Process; District In-Home Timekeeping Process; Timekeeping Basics; and Daily Activities Procedures. These documents are kept by Sears in the course of a regularly conducted business activity. It is a regular business practice for an employee or representative of Sears with knowledge of the act, event, condition, or opinion to make such a record. The records attached were made at or near the time of the occurrence of the matters set forth therein, or made reasonably soon thereafter, from information known or transmitted by a person with knowledge of those matters. The records attached hereto are exact duplicates of the originals.

FURTHER AFFIANT SAYETH NOT.

_____
Gabriela Morales

Subscribed and sworn to on this the 4th day of April, 2013.

_____
Notary Public in and for
The State of Texas

My Commission Expires: 07/09/2016



BEATRIZ RODRIGUEZ
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 7/9/16